```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  CATHERINE SWANN
    Assistant United States Attorney
 3  501 I Street, 10th Floor
    Sacramento, California 95814
 4  Telephone:  (916) 554-2762
    Fax: (916) 554-2900
 5
    JEFFREY S. BUCHOLTZ
 6  Principal Deputy Assistant Attorney General
    JOYCE R. BRANDA
 7  MICHAEL D. GRANSTON
    JAY D. MAJORS
 8  Attorneys, Department of Justice
    Civil Division
 9       Post Office Box 261
         Ben Franklin Station
10       Washington, DC  20044
         Tel:  (202) 307-0264
11       Fax:  (202) 514-0280

12
    Attorneys for the
13  United States of America

14

15                  UNITED STATES DISTRICT COURT

16                  EASTERN DISTRICT OF CALIFORNIA

17
    UNITED STATES OF AMERICA and  )  NO. 2:07-CV-1666 GEB DAD
18  STATE OF CALIFORNIA ex rel.   )
    [UNDER SEAL],                 )  [PROPOSED] ORDER REGARDING
19                                )  UNITED STATES' NOTICE OF
         Plaintiffs,              )  DECISION TO DECLINE
20                                )  INTERVENTION
         v.                       )
21                                )  FILED UNDER SEAL
    [UNDER SEAL],                 )
22                                )
         Defendant.               )
23                                )
                                  )
24                                )
```

McGREGOR W. SCOTT
United States Attorney
CATHERINE SWANN
Assistant United States Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2762
Fax: (916) 554-2900

JEFFREY S. BUCHOLTZ
Principal Deputy Assistant Attorney General
JOYCE R. BRANDA
MICHAEL D. GRANSTON
JAY D. MAJORS
Attorneys, Department of Justice
Civil Division
    Post Office Box 261
    Ben Franklin Station
    Washington, DC  20044
    Tel: (202) 307-0264
    Fax: (202) 514-0280

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. Jose Cruz, Jr., et al., <br><br>    Plaintiff,<br><br>v.<br><br>WESTERN CAREER COLLEGE,<br><br>    Defendant. | NO. 2:07-CV-1666 GEB DAD<br><br>**[PROPOSED] ORDER REGARDING UNITED STATES' NOTICE OF DECISION TO DECLINE INTERVENTION**<br><br>**FILED UNDER SEAL** |

### ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. the complaint be unsealed and served upon the defendant by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States;

6. all orders of this Court shall be sent to the United States; and that

7. should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

DATE: 4-14-08

HONORABLE GARLAND E. BURRELL, JR.
UNITED STATES DISTRICT JUDGE