IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, ex rel. Jose Jed Ricardo Cruz, Jr., <br><br>   Plaintiffs,<br><br>   v.<br><br>WESTERN CAREER COLLEGE, U.S. EDUCATION CORPORATION, and DOES 1-10, inclusive,<br><br>   Defendants. | 2:07-cv-1666 GEB DAD<br><br>ORDER UNSEALING DOCKET #9 AND DIRECTING SERVICE ON CALIFORNIA ATTORNEY GENERAL'S OFFICE |

On April 16, 2008, the State of California filed a sealed document (Docket #9), which shall be unsealed since that document constitutes California's Attorney General's Notice of Election to Decline to Intervene ("April 16 Notice"). In the April 16 Notice, the State of California declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B). Further the Court is requested in the April 16 Notice to require that the Glenda N. Reager, Deputy Attorney General, Attorney General's Office, False Claims Section be served with: (a) copies of all pleadings, papers and orders filed in this matter; (b) all

1

```
 1  deposition transcripts that the Attorney General's Office
 2  designates pursuant to Government Code section 12652(f)(1); (c) any
 3  proposal to dismiss, settle, or otherwise terminate this action;
 4  and (d) the notice or petition initiating any appeal and each
 5  paper, including briefs, filed in the appeal, as provided in
 6  Government Code section 12656. This request is granted.
 7          IT IS SO ORDERED.
 8  Dated:  April 18, 2008
 9
10                                   _____
                                     GARLAND E. BURRELL, JR.
11                                   United States District Judge
```