1  DANIEL ROBERT BARTLEY, CA Bar No. 79586
   BARTLEY LAW OFFICES
2  Mail:  Post Office Box 686, Novato, CA  94948 0686
   Street 7665 Redwood Boulevard, Suite 200, Novato, CA  94945 1405
3  Telephone 415 898 4741  Fax 415 898 4841
   E-mail DanielBartleyLaw@aol.com
4
   Attorney for Relator  Jose Jed Ricardo Cruz, Jr.
5

6

7

8                  UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA and       Case No. 2:07-CV-1666 GEB DAD
   STATE OF CALIFORNIA, *ex rel.*
12 JOSE JED RICARDO CRUZ, JR.,        **RELATOR'S REQUEST FOR DISMISSAL OF
                                       ACTION, WITHOUT PREJUDICE**
13               Plaintiff,
                                      Judge:          Hon. Garland E. Burrell, Jr.
14
15 vs.                               Complaint filed
                                     under Seal:    :   August 15, 2007
16 WESTERN CAREER COLLEGE,           United States Notice
17 U.S. EDUCATION CORPORATION,       of Declination:    April 11, 2008
   and DOES 1-10, Inclusive,
18                                   Complaint unsealed:  April 11, 2008
19               Defendants.         State of California
                                     Notice of Declination: April 16, 2008
20 _____

21      Relator Jose Jed Ricardo Cruz, Jr., with the advice and consent of counsel, and with the

22 approval of counsel for the United States and the State of California, hereby requests dismissal of

23 the subject False Claims Act *qui tam* action, without prejudice.

24      Undersigned counsel for Relator has met and conferred by telephone with respective

25 counsel for the United States, the State of California, and the Defendants regarding the subject

26 request for dismissal, whereupon each communicated consent to the subject dismissal.

27

28 *United States of America and State of California ex rel. Cruz v. Western Career College, et al.*
   - Case No. 2:07-CV-1666 GEB DAD — Relator's Request for Dismissal of Action, without Prejudice        -1-

1    Dated:  July 30, 2008

2                                 s/

3                                 _____
                                Daniel Robert Bartley
                                Attorney for Relator Jose Jed Ricardo Cruz, Jr.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    *United States of America and State of California ex rel. Cruz v. Western Career College, et al.*
      - Case No. 2:07-CV-1666 GEB DAD — Relator's Request for Dismissal of Action, without Prejudice     -2-

1

**PROOF OF SERVICE**

2

3       The undersigned declares he/she is employed in the county of Marin, State of California, by Daniel Robert Bartley Law Offices, P.O. Box 686, Novato, CA, 94948-0686.  I am over the age of 18 and not a party to this action.

4

5       On today's date, I served, via e-mail, true and correct copies of "Relator's Request for Dismissal of Action, Without Prejudice" upon counsel as follows:

6

7   *For the United States:*                          *For the United States:*

8   **Catherine J. Swann, Esq.**                      **Jay D. Majors, Esq.**
    United States Attorney's Office                    Civil Division - Fraud Section
9   501 I Street
    Suite 10-100                                       Commercial Litigation Branch
10  Sacramento, CA 95814                               US Depatment of Justice
    916-554-2762
11  Fax: 916-554-2900                                  601 D Street, N.W.
    Email: catherine.swann@usdoj.gov                   Washington, D.C.  20004
12                                                      Tel: 202-307-0264

13                                                      Fax 202-514-0280

14                                                      E-mail Jay.Majors@usdoj.gov

15  *For the State of California:*                     *For Defendants:*

    **Glenda N. Reager, Esq.**                         **Timothy J. Hatch, Esq.**
16  Office of the Attorney General                     Gibson, Dunn & Crutcher
    Department of Justice
17  1300 I Street                                      333 South Grand Avenue
    Suite 125                                          Los Angeles, CA  90071-3197
18  Sacramento, CA 95814
    916-445-8220                                       Tel:  213-229-7000
19  Fax: 916-324-5567                                  Fax:  213 229-7520
    Email: glenda.reager@doj.ca.gov
                                                       E-mail:  thatch@gibsondunn.com
20

21       I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and that this declaration was executed on this 30th day of July, 2008, at Novato, Marin County, California.

22

23                                                      s/

24                                                      _____
                                                        Daniel Robert Bartley
25

26

27

28  *United States of America and State of California ex rel. Cruz v. Western Career College, et al.*
    - Case No. 2:07-CV-1666 GEB DAD — Relator's Request for Dismissal of Action, without Prejudice